IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC MITCHELL,

    Plaintiff,

v.                                        CASE NO. 4:18cv505-RH-HTC

D. TRAN et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 27. No objections have been filed.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of serious physical injury. The plaintiff therefore cannot properly proceed *in forma pauperis*. Accordingly,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The order granting leave to proceed in forma pauperis, ECF No. 4, is vacated.

3. The clerk must enter judgment stating, "The complaint is dismissed without prejudice."

4. The plaintiff's motion for partial summary judgment, ECF No. 24, is denied.

5. The clerk must close the file.

SO ORDERED on September 12, 2019.

            s/Robert L. Hinkle
            United States District Judge